UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-9880-MWF(JPRx)**                                     Dated: **May 11, 2015**

Title:     Kimco Staffing Services, Inc.-*v*- Wolverine World Wide, Inc., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Katie Thibodeaux |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Alan J. Beardsley                                        Martin D. Holly


**PROCEEDINGS:**   **DEFENDANTS' MOTION TO DISMISS CASE [26];
                    DEFENDANTS' MOTION TO STRIKE PORTIONS OF
                    FIRST AMENDED COMPLAINT [27]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.


Initials of Deputy Clerk   rs
-1-                                                      :13 min