UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-9880-MWF(JPRx)**                                  Dated: **November 18, 2015**

Title:   Kimco Staffing Services, Inc., et al. -v- Wolverine World Wide, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                          None Present
    Relief Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                         None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

    In light of the Mediation Report filed November 17, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **December 21, 2015 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                          Initials of Deputy Clerk   cw
CIVIL - GEN

-1-